UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES CARL KELLY,<br><br>    Plaintiff,<br><br>v.<br><br>SALINAS VALLEY STATE PRISON, et al.,<br><br>    Defendants. | Case No. 21-cv-04498-JST<br><br>**DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41**<br><br>Re: ECF No. 8 |

Plaintiff, an inmate at Salinas Valley State Prison ("SVSP"), has filed a *pro se* action pursuant to 42 U.S.C. § 1983. On January 14, 2022, Plaintiff filed a letter with this Court, informing the Court that he wished to drop this action. ECF No. 8. The Court construes Plaintiff's letter as a notice of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(i). Fed. R. Civ. P. 41(a)(1)(i) provides that a plaintiff has the absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(i). Defendants have not yet been served in this action. Therefore, pursuant to the January 14, 2022 Notice of Voluntary Dismissal, this action is DISMISSED without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B) (unless plaintiff's notice of dismissal states otherwise, dismissal is without prejudice).

**IT IS SO ORDERED.**

Dated: January 14, 2022

JON S. TIGAR
United States District Judge